HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| KARISSA MARIE PACHECO,<br><br>Plaintiff,<br><br>v.<br><br>FRANK XAVIER DAVALOS & JOHN DOE (1-5), JANE DOE (1-5), KITSAP COUNTY SHERIFF'S OFFICE AND ITS DIRECT SUPERVISORS, JOHN/JANE DOES TO BE NAMED AT A LATER DATE, & SOUTH KITSAP SCHOOL DISTRICT #402,<br><br>Defendants. | NO. 3:13-cv-05972-BHS<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL FOR DEFENDANT DAVALOS |

THIS MATTER came on for consideration by the Court on the motion of Gregory E. Jackson, of Freimund Jackson & Tardif, to grant leave to withdraw as counsel of record for Defendant FRANK XAVIER DAVALOS. The Court has considered the pleadings and papers filed in connection with said motion and all other matters properly before the Court. Therefore,

IT IS HEREBY ORDERED THAT THE Motion is GRANTED and that Gregory E. Jackson is hereby withdrawn as attorney for Defendant Davalos.

ORDERED this 22 day of _____, 2014.

_____
BENJAMIN H. SETTLE
United States District Court Judge

ORDER ON MOTION FOR WITHDRAWAL
NO. 3:13-CV-05972-BHS

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TELEPHONE: (206) 582-6001
FAX: (206) 466-6085